Johnson v. St. Paul Fire & Marine Insurance Company. Johnson v. Northern Insurance Company. Johnson v. Agricultural Insurance Company. Johnson v. Providence Washington Company. Johnson v. Citizens Insurance Company. Johnson v. Aachen & Munich Insurance Company.

Per Curiam, November 11, 1907:

These cases all involve the same question as Johnson v. Royal Insurance Company, opinion filed herewith, ante, p. 182, and for the reason given therein the orders are affirmed.